F. THOMAS EDWARDS, ESQ. (NV Bar No. 09549)
Email: tedwards@nevadafirm.com
JESSICA M. LUJAN, ESQ. (NV Bar No. 14913)
Email: jlujan@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Suite 300
Las Vegas, NV 89101
Telephone:  702/791-0308
Facsimile:  702/791-1912

GREG A. CASTRO, ESQ. (*Pro Hac Vice*)
Email: gcastro@fellerssnider.com
C. ERIC SHEPHARD, ESQ. (*Pro Hac Vice*)
Email: eshephard@fellerssnider.com
MARK K. STONECIPHER, ESQ. (*Pro Hac Vice*)
Email: mstonecipher@fellerssnider.com
FELLERS, SNIDER, BLANKENSHIP, BAILEY, TIPPENS
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102
Telephone:   405-232-0621
Facsimile: 405-232-9659

*Attorneys for Defendants Encore DEC, LLC;*
*New Rise Renewables, LLC; New Rise Renewables Reno, LLC;*
*RESC, LLC; and Randy Soule*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RB PRODUCTS, INC., a Texas corporation;<br><br>Plaintiff,<br><br>v.<br><br>ENCORE DEC, L.L.C., a Nevada limited liability company; NEW RISE RENEWABLES, L.L.C., a Delaware limited liability company; NEW RISE RENEWABLES RENO, L.L.C., a Delaware limited liability company; RESC, L.L.C., a Nevada limited liability company; RANDY SOULE, an individual; DOE DEFENDANTS 1 through 10; ROE COMPANIES 1 through X;<br><br>Defendants. | Case No. 2:21-cv-00587-RFB-EJY<br><br>**STIPULATION AND ORDER TO RELEASE AND SATISFY JUDGMENT AND DISMISS WITH PREJUDICE** |

The parties who have appeared in this action – Plaintiff RB Products, Inc. and Defendants, Encore DEC, LLC, New Rise Renewables, LLC, New Rise Renewables Reno, LLC, RESC, LLC and Randy Soule, by and through their undersigned counsel, hereby stipulate and

- 1 -

agree as follows:

1. Any judgment entered in this case is hereby released and satisfied; and

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the case may be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted by:

Dated:  April 11, 2022.

*s/ F. Thomas Edwards*
F. Thomas Edwards, Esq. (NBN 09549)
Jessica M. Lujan, Esq. (NBN 14913)
**HOLLEY DRIGGS**
300 S. Fourth St., Suite 300
Las Vegas, Nevada 89521
Telephone:    (702) 791-0308

*-and-*

Dated:  April 11, 2022.

*s/ Mark K. Stonecipher*
Mark K. Stonecipher (*Pro Hac Vice*)
Greg A. Castro (*Pro Hac Vice*)
C. Eric Shepard (*Pro Hac Vice*)
**FELLER SNIDER BLANKENSHIP
  BAILEY & TIPPENS, PC**
100 N. Broadway, Suite 1700
Oklahoma City, Oklahoma 73102
Telephone:    (405) 232-0621
*Attorneys for Defendants, Encore DEC, LLC,
New Rise Renewables, LLC,
New Rise Renewables Reno, LLC,
RESC, LLC and Randy Soule*

Dated:  April 11, 2022.

*s/ Ashish Mahendru*
Ashish Mahendru (*pro hac vice*)
(Electronic signature by express permission)
Darren A. Braum (*pro hac vice*)
**MAHENDRU, P.C.**
639 Heights Blvd.
Houston, Texas 77007
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com
***Attorneys for Plaintiff RB Products, Inc.***

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   April 12, 2022

- 2 -

13559-01/Stipulation and Dismissal.04.07.22